UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-60788-Civ-COOKE/HUNT

JARED NEWMAN, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

AL HENDRICKSON JR. ENTERPRISES,
INC., a Florida corporation,

    Defendant.
_____/

CLASS ACTION
JURY TRIAL DEMANDED

## NOTICE OF SETTLEMENT

    Plaintiff Jared Newman hereby notifies the Court that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing a settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days of this notice.

Dated: May 1, 2019

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954-400-4713

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

      By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com